# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 3, 2014

### NO. 03-11-00476-CR

**Patrick Marshall, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 22ND DISTRICT COURT OF HAYS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
REVERSED AND REMANDED – OPINION BY JUSTICE PEMBERTON;
CONCURRING AND DISSENTING OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment of conviction entered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's judgment of conviction. Therefore, we reverse the district court's judgment of conviction in trial court cause number CR-10-0959 (appellate cause number 03-11-00476-CR) and remand that cause to the district court for further proceedings consistent with this opinion. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.